IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00814-RBJ-MJW

DAVID GREGORY STARCHMAN,

Plaintiff(s),

v.

INTEGRAL RECOVERIES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate Scheduling Conference (Docket No. 9) is DENIED.  Counsel have had ample time to prepare their proposed Scheduling Order.  The court notes that an Answer (Docket No. 7) was filed over one month ago on April 14, 2014.  Furthermore, the Order Setting Scheduling/Planning Conference (Docket No. 6) states in bold: "**Absent exceptional circumstances, no request for rescheduling an appearance in this court will be entertained <u>unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance</u>**."  (Docket No. 6 at 1) (emphasis in original).  Here, the motion to vacate the conference (Docket No. 9) was filed this morning, which is the day before the conference date, and counsel have not shown good cause, let alone exceptional circumstances, for the conference to be rescheduled.  It is thus hereby

ORDERED that the Scheduling Conference remains set for tomorrow, May 22, 2014, at 10:00 a.m.

It is further ORDERED that counsel shall submit their joint proposed Scheduling Order forthwith - no later than 12 noon Mountain Time today, May 21, 2014.

Date: May 21, 2014